UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CONSENT ORDER<br>Docket no. 19-3329 JBC |
| DONALD SNYDER | : | |

**THIS MATTER** having been opened to the Court on the motion of Donald Snyder ("defendant") (by David R. Oakley, Esq., of Anderl & Oakley, P.C., counsel for defendant) for an order amending the conditions of defendant's pre-trial release; and the Court having considered the application, and the United States (Samantha Fasanello, A.U.S.A., appearing on behalf of the United States) having consented to defendant's request; and U.S. Pretrial Services (Erika DiPalma appearing on behalf of Pretrial Services) having recommended defendant's request;

**IT IS ORDERED AND ADJUDGED**, therefore, on this __15___day of December 2020, that the Order Setting Conditions of Release of August 28, 2019 is amended as follows:

1. Defendant is permitted to attend the wedding and wedding reception of his niece Sarah Ruth Snyder at Somerset Bible Baptist Church on December 26, 2020, from 4 p.m. to 10 p.m.

2. All other conditions of release remain in full force and effect.

s/Cathy L. Waldor _____
HON. CATHY L. WALDOR, U.S.M.J.